UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALLY M. DEROSE**<br><br>Plaintiff,<br><br>v.<br><br>**CONDOLEEZZA RICE, SECRETARY OF STATE,**[1] **ET AL.,**<br><br>Defendants. | Civil Action No. 04-0338 (JDB) |

**ORDER**

Upon consideration of [20] defendants' motion for summary judgment and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this 16th day of February, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendants on all claims.

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                     United States District Judge

---

[1] The Court has substituted the current Secretary of State as a defendant in place of her predecessor, Colin L. Powell, who had been party to this suit in his official capacity only. See Fed. R. Civ. P. 25(d)(1).

Copies to:

Wally M. DeRose
1624 Hartley Drive
Schereville, IN  46375

>	*Plaintiff*

Lawrence Ralph Berger, III
MAHON & BERGER
350 Old Country Road
Garden City, NY  11530

>	*Counsel for plaintiff*


Jeannette Anne Vargas
OFFICE OF THE U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK
33 Whitehall Street, 8th Floor
New York, NY  10004

Heather D. Graham-Oliver
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
Judiciary Center Building
555 4th Street, NW, Room 10-818
Washington, DC  20530
Email: heather.graham-oliver@usdoj.gov

>	*Counsel for defendants*